UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

R. ALEXANDER ACOSTA, Secretary
of Labor, United States Department of
Labor,

                      Plaintiff,

v.

LOCAL 1408, INTERNATIONAL
LONGSHOREMEN'S ASSOCIATION,
AFL-CIO,

                    Defendant.

_____

CASE NO. 3:18-cv-908-J-32MCR

GEORGE SPENCER, FRED
WAKEFIELD, AND ROMIA
JOHNSON,

                    Plaintiffs-Intervenors,

v.

LOCAL 1408, INTERNATIONAL
LONGSHOREMEN'S ASSOCIATION,
AFL-CIO,

                    Defendant.

_____/

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.08(a), Middle District of Florida, Plaintiff, R.

ALEXANDER ACOSTA, Secretary of Labor, through his counsel, the United States

Attorney, Middle District of Florida, hereby notifies this Court that the Secretary and

Defendant have reached a settlement and resolution of the claims raised in the

Secretary's Complaint.

Dated: June __20__, 2019                    Respectfully Submitted,

                                            JOSEPH H. HUNT
                                            Assistant Attorney General for the
                                            Civil Division

                                            MARIA CHAPA LOPEZ
                                            United States Attorney

                                            __/s/ Ronnie S. Carter__
                                            RONNIE S. CARTER
                                            Assistant United States Attorney
                                            Florida Bar No. 0948667
                                            United States Courthouse
                                            300 North Hogan Street, Suite 700
                                            Jacksonville, Florida 32202-4270
                                            Telephone No. (904) 301-6283/6300
                                            Facsimile No. (904) 301-6310
                                            Email: Ronnie.Carter@usdoj.gov

cc:     Christa Henderson, Esquire
        United States Department of Labor
        Office of the Solicitor
        Civil Right and Labor-Management Division
        200 Constitution Avenue, NW, Suite N-2474
        Washington, DC 20210

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this <u>20th</u> day of June, 2019, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participants listed below:

Noel Lawrence, Esquire
Law Offices of Noel G. Lawrence, P.A.
101 East Union Street, Suite 200
Jacksonville, Florida 32202
*Counsel for Defendant*

Michael R. Yokan, Esquire
2720 Park Street, Suite 213
Jacksonville, Florida 32205
*Counsel for Plaintiffs-Intervenors*

_/s/Ronnie S. Carter_
RONNIE S. CARTER
Assistant United States Attorney