UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

EUGENE SCALIA, Secretary of Labor,
United States Department of Labor,[1]

          Plaintiff,

v.                                    Case No. 3:18-cv-908-J-32MCR

LOCAL 1408, INTERNATIONAL
LONGSHOREMEN'S
ASSOCIATION, AFL-CIO,

          Defendant.

_____/

### PLAINTIFF'S NOTICE OF FILING CERTIFICATION OF ELECTION

Plaintiff, EUGENE SCALIA, in his official capacity as Secretary of the Department of Labor, and pursuant to the Order of this Court dated July 9, 2019 (Doc. 43), hereby states as follows:

The Defendant held a supervised election on December 9, 2019. Subsequent to the election, the Department of Labor's Office of Labor-Management Standards received a post-election protest, which it investigated and resolved. The results of the election are final.

The Department of Labor now certifies to the Court the names of the persons elected to serve as the duly elected officers of Defendant. *See* Certification of Election, attached hereto as **Exhibit 1**, including the Declaration of Brian A. Pifer, attached hereto

---

[1] As of September 30, 2019, Eugene Scalia, who is serving as the Secretary of Labor, is automatically substituted as the Plaintiff in place of former Secretary R. Alexander Acosta in his official capacity in accordance with Rule 25(d), Fed.R.Civ.P.

as **Exhibit 1-A**. The Department of Labor also certifies that the supervised election was held in accordance with Title IV of the Labor-Management Reporting and Disclosure Act of 1959, 29 U.S.C. §§ 481-83, and in conformity with the Defendant's constitution and bylaws. *See* Exhibit 1, Exhibit 1-A.

In light of the above, Plaintiff requests that the Court enter a final judgment declaring that the persons certified have been elected as shown by the certification.

Dated this 13th day of March, 2020.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

MARIA CHAPA LOPEZ
United States Attorney

*/s/ Collette B. Cunningham*
COLLETTE B. CUNNINGHAM
Assistant United States Attorney
Florida Bar No. 0012737
Bryan Simpson U.S. Courthouse
300 North Hogan Street, Suite 700
Jacksonville, FL 32202-4270
Telephone No. (904) 301-6326/6300
Facsimile No. (904) 301-6240
Collette.Cunningham@usdoj.gov
Attorneys for Defendant

cc:     Christa Henderson, Esq.
        United States Department of Labor
        Office of the Solicitor
        Civil Rights and Labor-Management Division
        200 Constitution Avenue, NW, Suite N-2474
        Washington, DC 20210

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 13, 2020, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participants:

>Noel Lawrence, Esq.
>Law Offices of Noel G. Lawrence, P.A.
>101 East Union Street, Suite 200
>Jacksonville, FL 32202

> */s/ Collette B. Cunningham*
> COLLETTE B. CUNNINGHAM
> Assistant United States Attorney