# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

EUGENE SCALIA, Secretary of Labor,
United States Department of Labor,[1]

CASE NO. 3:18-cv-908-J-32MCR

       Plaintiff,

v.

LOCAL 1408, INTERNATIONAL
LONGSHOREMEN'S ASSOCIATION,
AFL-CIO,

       Defendant.

_____/

## **CERTIFICATION OF ELECTION BY UNITED STATES DEPARTMENT OF LABOR**

The election having been conducted in the above matter under the supervision of the

Secretary of Labor, United States Department of Labor, pursuant to a Stipulation for

Compromise Settlement and Order entered July 9, 2019, in the United States District Court for

the Middle District of Florida, in accordance with the provisions of Title IV of the Labor-

Management Reporting and Disclosure Act of 1959 ("LMRDA"), 29 U.S.C. §§ 481-83, and in

conformity with the constitution and bylaws of the defendant labor organization, insofar as

lawful and practicable, therefore:

Pursuant to section 402(c) of the LMRDA, 29 U.S.C. § 482(c), and the authority

delegated to me,

---

[1] As of September 30, 2019, Eugene Scalia, who is serving as the Secretary of Labor, is automatically substituted as the Plaintiff in place of former Secretary R. Alexander Acosta in his official capacity in accordance with Rule 25(d) of the Federal Rules of Civil Procedure.

IT IS HEREBY CERTIFIED that the following named candidates[2] have been duly elected to the offices designated:[3]

| | |
|---|---|
| George "Full Service" Spencer | President |
| Nathaniel "Chess" Gardner | Vice President |
| Jann Clark | Recording Secretary |
| Jann Clark | Financial Secretary Treasurer |
| Tarrance "Silk" Gilbert | Business Agent |
| Reginald L. Williams | Executive Board |
| Lorenzo "Peachman" Spencer | Executive Board |
| Pat Brown | Executive Board |
| Big Jeff Harris | Executive Board |
| Shurmarr Big Bailey | Executive Board |

Attached herewith is a declaration setting forth the allegation in a protest of the supervised election and the Department of Labor's findings after the investigation of that protest.

Signed this 25th day of February 2020.

Brian A. Pifer, Chief
Division of Enforcement
Office of Labor-Management Standards
United States Department of Labor

---

[2] The candidates' names are precisely as they appeared on the ballot.

[3] Three Auditor positions were also included in the election. The position of Auditor is not an "officer" as defined in the LMRDA, and is thus not subject to the election provisions under the LMRDA. Therefore, the Department does not list the Auditor race in its Certification of Election.